# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**HYBRID AUDIO, LLC**

*Plaintiff*

v.

**GLASSBRIDGE ENTERPRISES, INC.**

*Defendant*

Civil Action No.:
**1:17−CV−10873−RWZ**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Kimberly M. Abaid**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017−05−16 13:56:21.0**, Clerk USDC DMA

Civil Action No.: **1:17−CV−10873−RWZ**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) ___________________________________
was received by me on (date)_____________________.

☐ I personally served the summons on the individual at (place)_________________________________
_______________________________________on (date)___________________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)______________
________________________________, a person of suitable age and discretion who resides there,
on (date) __________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)___________________________________ , who is
designated by law to accept service of process on behalf of (name of organization)______________
________________________________________________ on (date) ________________; or

☐ I returned the summons unexecuted because__________________________________________ ; or

☐ Other (specify) :

My fees are $ _________ for travel and $__________ for services, for a total of $________________.

I declare under penalty of perjury that this information is true.

_____________________
Date

__________________________________________
*Server's Signature*

__________________________________________
*Printed name and title*

__________________________________________
*Server's Address*

Additional information regarding attempted service, etc: