UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HYBRID AUDIO, LLC
    Plaintiff

V.                                CIVIL ACTION:17CV10873-RWZ

GLASSBRIDGE ENTERPRISES, INC.
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                             FEBRUARY 12, 2018

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                                       By the Court,

                                                                       s/ Lisa A. Urso
                                                                       Deputy Clerk